# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| FRANK A. PICCIONI,<br>    Plaintiff<br><br>    v.<br><br>CFA, Inc.<br>JOHN DOES, 2-10 (fictitious names),<br>JOHN DOES, 11-20 (fictitious names),<br>JOHN DOES, 21-30 (fictitious names),<br>JOHN DOES, 31-40 (fictitious names),<br>CFA, INC., TRI MARK USA, LLC and<br>JOHN DOES 43-50 (fictitious names),<br>Jointly, severally and/or in the alternative,<br><br>    Defendants | :<br>:<br>:<br>: No. 1:20-cv-16079-NLH-KMW<br>:<br>:<br>:<br>: JURY TRIAL DEMANDED<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## DEFENDANT, CHICK-FIL-A, INC.'S
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant, Chick-fil-A, Inc., by and through its counsel, provides the Court with this Corporate Disclosure Statement and certifies as follows:

1. Is the party a non-governmental corporate party?

    [x] yes     [ ] no

2. If the answer to Number 1 is "yes," list below any parent corporation or state that there is no such corporation:

    There is no parent corporation of Chick-fil-A, Inc.

3. If the answer to Number 1 is "yes," list below any publicly held corporation that owns 10% or more of the party's stock or state that there is no such corporation.

    There is no publicly held corporation that holds 10% or more of Chick-fil-A, Inc.'s stock.

The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it must promptly file a supplemental statement upon any change in the information that this statement requires.

                                                  Respectfully submitted,

                                                  NICOLSON LAW GROUP LLC

BY:   *Kyle G. Everly*
                                                  Kyle G. Everly, Esquire
                                                  Attorney I.D. No. 025662008
                                                  Princeton Forrestal Village
                                                  116 Village Blvd., Suite 200
                                                  Princeton, NJ 08540
                                                  (610) 891-0300
                                                  everly@nicolsonlawgroup.com
                                                  Attorneys for Defendant,
                                                  Chick-fil-A, Inc.

DATE:  November 16, 2020