# EXHIBIT F

## DECLARATION OF VIRGINIA L. CRANFORD

I, Virginia L. Cranford, duly sworn according to law, depose and state that of my own personal knowledge:

1. I am employed by Chick-fil-A, Inc. as Director, Corporate Governance.

2. I make this declaration in connection with the Removal of this Civil Action to the United States District Court for the District of New Jersey.

3. As Director, Corporate Governance, I am familiar with Chick-fil-A, Inc.'s business records and the nature of Chick-fil-A, Inc.'s business activities. All facts stated herein are within my personal knowledge and are true and correct.

4. Chick-fil-A, Inc. is a corporation that is incorporated under the laws of the State of Georgia, with its principal place of business located at 5200 Buffington Road, Atlanta, Fulton County, Georgia 30349.

Dated: November 12, 2020

Virginia L. Cranford